An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACKIE ARGABRIGHT, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66295

**FILED**

AUG 18 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a motion to declare a doubt as to appellant's competency to stand trial and stay further proceedings. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Our preliminary review of this appeal revealed a jurisdictional defect. It appeared that the statute and court rule identified in the notice of appeal did not provide for an appeal from the designated order and that no other statute or court rule provided for such an appeal; therefore this court would lack jurisdiction over the appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). In response to an order to show cause why the appeal should not be dismissed for lack of jurisdiction, appellant filed a notice of voluntary withdraw of the appeal because the jury had reached a verdict. Based on that notice, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-27047

cc:    Hon. Robert W. Lane, District Judge
Las Vegas Defense Group, LLC
Nye County District Attorney
Attorney General/Carson City
Nye County Clerk